# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PROCHASKA, ARTHUR F., JR.
PROCHASKA, ANDREA L.

Case No. 07-19553

Chapter 7

Debtors

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/15/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 12/04/2009          By:  /s/BRADLEY J. WALLER
                                      Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: PROCHASKA, ARTHUR F., JR.
      PROCHASKA, ANDREA L.

Case No. 07-19553

Chapter 7

_____,
Debtors

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,030.74 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 25,030.74 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 3,253.07 | $ 145.48 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number     Claimant                                    Allowed Amt. of Claim     Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,482.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Capital Recovery One | $ 5,559.54 | $ 1,374.74 |
| 4 | Capital Recovery One | $ 504.65 | $ 124.79 |
| 5 | Old Second National Bank | $ 40,300.00 | $ 9,965.18 |
| 6 | Discover Bank/DFS Services LLC | $ 13,999.79 | $ 3,461.80 |
| 7 | CHASE BANK USA | $ 16,032.76 | $ 3,964.50 |
| 8 | CHASE BANK USA | $ 3,693.02 | $ 913.19 |
| 9 | CHASE BANK USA | $ 5,589.98 | $ 1,382.26 |
| 11 | eCAST Settlement Corporation assignee of HSBC | $ 783.12 | $ 193.65 |
| 12 | Verizon Wireless Midwest | $ 1,019.42 | $ 252.08 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                            *Allowed Amt. of Claim    Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                            *Allowed Amt. of Claim    Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1          User: rdelgado           Page 1 of 2           Date Rcvd: Oct 23, 2007
Case: 07-19553                Form ID: b9a             Total Served: 28


The following entities were served by first class mail on Oct 25, 2007.
db           +Arthur F. Prochaska, Jr.,    1010 John Street,    Yorkville, IL 60560-9598
jdb          +Andrea L. Prochaska,    1010 John Street,    Yorkville, IL 60560-9598
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
11695142      American Education Services,    Box 2461,    Harrisburg, PA 17130-0001
11695143     +Arthur F. Prochaska, Sr.,    17150 Olcott Ave.,    Tinley Park, IL 60477-2636
11695145      Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11695146      Best Buy,    Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
11695147     +Capital One Auto Finance,    Box 93016,    Long Beach, CA 90809-3016
11695148      Carson Pirie Scott,    Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
11695153     +Dale A. Prochaska,    6632 Sumac,    Woodridge, IL 60517
11695154      Direct Loans,    US Dept. of Education,    PO Box 9003,    Niagara Falls, NY 14302-9003
11695157     +Hinsdale Bank,    22 E. 1st. Street,    Hinsdale, IL 60521-4079
11695159     +MBNA American Bank,    AAA Visa,    PO Box 15021,    Wilmington, DE 19850-5021
11695160      Menards,    Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
11695161     +Old Second Yorkville,    26 West Countryside,    Yorkville, IL 60560-2010
11695162      Sovereign Bank,    PO Box 16255,    Reading, PA 19612-6255
11695164      US Bank,    Moose Visa,    PO Box 17051,    Baltimore, MD 21297-1051
11695163      Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
11695166      WalMart Discover,    PO Box 960024,    Orlando, FL 32896-0024

The following entities were served by electronic transmission on Oct 24, 2007.
11695145      EDI: BANKAMER2.COM Oct 24 2007 00:26:00      Bank of America,    PO Box 15726,
               Wilmington, DE 19886-5726
11695146      EDI: HFC.COM Oct 24 2007 00:26:00      Best Buy,    Retail Services,    PO Box 17298,
               Baltimore, MD 21297-1298
11695148      EDI: HFC.COM Oct 24 2007 00:26:00      Carson Pirie Scott,    Retail Services,    PO Box 17264,
               Baltimore, MD 21297-1264
11695149      EDI: CHASE.COM Oct 24 2007 00:26:00      Chase Bank Master Card,    Card Member Service,
               PO Box 15153,    Wilmington, DE 19886-5153
11695150      EDI: CHASE.COM Oct 24 2007 00:26:00      Chase Bank Visa,    Card Member Service,    PO Box 15153,
               Wilmington, DE 19886-5153
11695151      EDI: CHASE.COM Oct 24 2007 00:26:00      Chase Card Services,    Disney Visa/Card Member Services,
               PO Box 15153,    Wilmington, DE 19886-5153
11695152     +EDI: COUNTRYWIDE.COM Oct 24 2007 00:26:00      Countrywide Mortgage,    Box 660694,
               Dallas, TX 75266-0694
11695155      EDI: DISCOVER.COM Oct 24 2007 00:26:00      Discover Card,    PO Box 30395,
               Salt Lake City, UT 84130-0395
11695156     +EDI: FORD.COM Oct 24 2007 00:26:00      Ford Motor Credit,    PO Box 790119,
               Saint Louis, MO 63179-0119
11695158      EDI: TSYS.COM Oct 24 2007 00:26:00      JC Penney,    PO Box 960001,    Orlando, FL 32896-0001
11695159     +EDI: BANKAMER2.COM Oct 24 2007 00:26:00      MBNA American Bank,    AAA Visa,    PO Box 15021,
               Wilmington, DE 19850-5021
11695160      EDI: HFC.COM Oct 24 2007 00:26:00      Menards,    Retail Services,    PO Box 17602,
               Baltimore, MD 21297-1602
11695163      EDI: HFC.COM Oct 24 2007 00:26:00      Union Plus Credit Card,    PO Box 17051,
               Baltimore, MD 21297-1051
11695165     +EDI: AFNIVZWIRE.COM Oct 24 2007 00:26:00      Verizon Wireless,    777 Big Timber Rd.,
               Elgin, IL 60123-1401
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11695144      Asley Prochaska
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: rdelgado           Page 2 of 2              Date Rcvd: Oct 23, 2007
Case: 07-19553                Form ID: b9a             Total Served: 28
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2007            Signature:    _Joseph Speetjens_

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vwalker              Page 1 of 2                   Date Rcvd: Dec 09, 2009
Case: 07-19553                 Form ID: pdf006            Total Noticed: 38

The following entities were noticed by first class mail on Dec 11, 2009.
db/jdb        +Arthur F. Prochaska, Jr.,   Andrea L. Prochaska,    1010 John Street,    Yorkville, IL 60560-9598
aty           +Bradley S Covey,   Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
                Batavia, IL 60510-3169
tr            +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                Sycamore, IL 60178-3140
11695142       American Education Services,   Box 2461,   Harrisburg, PA 17130-0001
11695143      +Arthur F. Prochaska, Sr.,   17150 Olcott Ave.,    Tinley Park, IL 60477-2636
11695145       Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
11695146       Best Buy,   Retail Services,   PO Box 17298,   Baltimore, MD 21297-1298
11954699      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11695148       Carson Pirie Scott,   Retail Services,   PO Box 17264,   Baltimore, MD 21297-1264
11695149       Chase Bank Master Card,   Card Member Service,   PO Box 15153,   Wilmington, DE 19886-5153
11695150       Chase Bank Visa,   Card Member Service,   PO Box 15153,   Wilmington, DE 19886-5153
11695151       Chase Card Services,   Disney Visa/Card Member Services,    PO Box 15153,
                Wilmington, DE 19886-5153
11695152      +Countrywide Mortgage,   Box 660694,   Dallas, TX 75266-0694
11695153      +Dale A. Prochaska,   6632 Sumac,   Woodridge, IL 60517
11695154       Direct Loans,   US Dept. of Education,   PO Box 9003,   Niagara Falls, NY 14302-9003
11695156      +Ford Motor Credit,   PO Box 790119,   Saint Louis, MO 63179-0119
11720813      +Ford Motor Credit Company LLC,   P.O. Box 537901,   Livonia, MI 48153-7901
11695157      +Hinsdale Bank,   22 E. 1st. Street,   Hinsdale, IL 60521-4079
11787449     +++Hinsdale Bank & Trust Company,   Donald L Newman & Assoc,    11 S LaSalle St  Ste 1500,
                Chicago, IL 60603-1224
11695159      +MBNA American Bank,   AAA Visa,   PO Box 15021,   Wilmington, DE 19850-5021
11695160       Menards,   Retail Services,   PO Box 17602,   Baltimore, MD 21297-1602
11922035      +Old Second National Bank,   Attn. Collection Department,    PO Box 510,
                Sugar Grove, IL 60554-0510
11695161      +Old Second Yorkville,   26 West Countryside,   Yorkville, IL 60560-2010
11695162       Sovereign Bank,   PO Box 16255,   Reading, PA 19612-6255
11695164       US Bank,   Moose Visa,   PO Box 17051,   Baltimore, MD 21297-1051
11695163       Union Plus Credit Card,   PO Box 17051,   Baltimore, MD 21297-1051
11695166       WalMart Discover,   PO Box 960024,   Orlando, FL 32896-0024
12112615       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Dec 09, 2009.
11695147      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
                Capital One Auto Finance,   Box 93016,   Long Beach, CA 90809-3016
11987418      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 10 2009 02:13:16
                Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                Arlington, TX 76006-1347
12601539      +E-mail/PDF: rmscedi@recoverycorp.com Dec 10 2009 00:17:48     Capital Recovery One,
                25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11695155       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 10 2009 02:12:43     Discover Card,   PO Box 30395,
                Salt Lake City, UT 84130-0395
11924247       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 10 2009 02:12:43
                Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11695158       E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2009 00:17:42     JC Penney,   PO Box 960001,
                Orlando, FL 32896-0001
12601540       E-mail/PDF: rmscedi@recoverycorp.com Dec 10 2009 00:17:48
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
11910738      +E-mail/PDF: rmscedi@recoverycorp.com Dec 10 2009 00:17:47
                Recovery Management Systems Corporation,   For GE Money Bank,    dba WALMART,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11910746      +E-mail/PDF: rmscedi@recoverycorp.com Dec 10 2009 00:17:48
                Recovery Management Systems Corporation,   For GE Money Bank,    dba JCPENNEY,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11695165      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 10 2009 00:12:46
                Verizon Wireless Midwest,   Verizon Wireless,   P O Box 3397,   Bloomington IL 61702-3397
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11695144       Asley Prochaska
aty*          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                Sycamore, IL 60178-3140
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1           User: vwalker              Page 2 of 2               Date Rcvd: Dec 09, 2009
Case: 07-19553                 Form ID: pdf006            Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2009**                          **Signature:**    *Joseph Speetjens*